## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01034-GBW |
| ) | |
| v. ) | |
| ) | |
| THORNE HEALTHTECH, INC., PAUL ) | JURY TRIAL DEMANDED |
| JACOBSON, THOMAS MCKENNA, SARAH ) | |
| KAUSS, RICCARDO BRAGLIA, ) | |
| TOSHITAKA INUZUKA, and SALONI ) | |
| VARMA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*